### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| TK HOLDINGS INC., *et al.*, | ) Case No. 17-11375 (BLS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |
| TK HOLDINGS INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Adv. No. 17-51886 (BLS) |
| v. | ) |
| | ) |
| STATE OF HAWAI'I, by its Office of Consumer Protection, GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS, STATE OF NEW MEXICO, *ex rel.* HECTOR BALDERAS, Attorney General, | ) ) ) ) ) |
| Defendants. | ) |

### AMENDED NOTICE OF APPEAL

Notice is hereby given that Defendants State of Hawai'i, by its Office of Consumer Protection, the Government of the United States Virgin Islands, and the State of New Mexico, *ex rel.* Hector Balderas, Attorney General (collectively, "States") in the above-captioned adversary proceeding hereby appeal under 28 U.S.C. § 158(a)(1) from the attached decision granting Plaintiffs' motion for summary judgment seeking a declaration that certain pre-petition claims asserted by the States in three separate pre-petition lawsuits are dischargeable under Bankruptcy Code § 1141(d)(6) entered on February 14, 2018, by the Honorable Brendan L. Shannon, United States Bankruptcy Judge.

The names of all parties to the decision appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| RICHARDS LAYTON & FINGER, P.A. | WEIL GOTSHAL & MANGES LLP |
| Russell C. Silberglied | Marcia L. Goldstein |
| One Rodney Square | Theodore E. Tsekerides |
| 920 N. King Street | 767 Fifth Avenue |
| Wilmington, DE 19801 | New York, NY 10153 |
| (302) 651-7700 | (212) 310-8000 |

*Counsel for Debtors and Debtors-in-Possession*

MORRIS NICHOLS ARSHT & TUNNELL LLP
Derrek C. Abbott
Andrew R. Remming
1201 N. Market Street, 16th Floor
Wilmington, DE 19801
(302) 658-9200

*Counsel for the Intervening OEMs*

Dated:  February 22, 2018                    MACAULEY LLC

　　/s/ Thomas G. Macauley　　
Thomas G. Macauley (No. 3411)
300 Delaware Avenue, Suite 760
Wilmington, Delaware 19801
Telephone: (302) 656-0100

MOTLEY RICE LLC
Mimi Liu
401 9th Street NW Suite 1001
Washington, DC 20004
Telephone: (202) 386-9625

*Counsel for the State of Hawai'i and the Government of the United States Virgin Islands*

DICELLO LEVITT & CASEY LLC

　　　/s/ Adam J. Levitt　　
Adam J. Levitt
Daniel R. Ferri
Ten North Dearborn Street, 11th Floor
Chicago, IL 60602
Telephone: (312) 214-7900
E-mail: alevitt@dlcfirm.com; dferri@dlcfirm.com

*Counsel for the State of New Mexico*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2018, a true and correct copy of the foregoing was sent by electronic mail to the following attorneys:

Russell C. Silberglied, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Theodore E. Tsekerides, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Derrek C. Abbott
Andrew R. Remming
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801

/s/Thomas G. Macauley
Thomas G. Macauley